Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of

__Orlando__ Division

FILED
2023 MAR 29 PM 2:54
US DISTRICT COURT
MIDDLE DISTRICT OF FL.
ORLANDO FLORIDA

Terrence A. Williams

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sheriff Marco Lopez
Deputy Adrian Jimenez
Deputy Axel Salgado

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:23-CV-151-PGB-DAB
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Amended)
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Terrence A. Williams
Address: 900 Old Combee rd, Lot 148
City: Lakeland  State: FL  Zip Code: 33805
County: Polk County
Telephone Number: (619) 957-9653
E-Mail Address: twilliams5522@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sheriff Marco Lopez
Job or Title (if known): Sheriff Osceola
Address: 2601 E. Irlo Bronson Memorial Hwy
City: Kissimmee  State: FL  Zip Code: 34744
County: Osceola County
Telephone Number: (407) 348-1100
E-Mail Address (if known):
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Adrian Jimenez
Job or Title (if known): Deputy Field Training Officer
Address: 2601 E. Irlo Bronson Memorial Hwy
City: Kissimmee  State: FL  Zip Code: 34744
County: Osceola County
Telephone Number: (407) 348-1100
E-Mail Address (if known):
[✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name: Axel Salgado
   Job or Title (if known): Deputy
   Address: 2601 E. Irlo Branson Memorial Hwy
   City: Kissimmee   State: FL   Zip Code: 34744
   County: Osceola County
   Telephone Number: (407) 348-1100
   E-Mail Address (if known):
   ☑ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name:
   Job or Title (if known):
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against (check all that apply):
      ☐ Federal officials (a *Bivens* claim)
      ☑ State or local officials (a § 1983 claim)

   B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   Claims for violations of the 4th & 8th Amendment of Wrongful Arrest, False imprisonment, Discrimination, Profiling, Excessive force Cruel and unusual treatment and punishment. (See Attached).

   C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendants acted under the color of Law when making an unlawful Arrest lacking probable cause for Arrest and targeting me, and using cruel and unusual Punishment leaving me in Patrol vehicle for unreasonable amount of time. (See Attached).

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Sidewalk and thoroughfare roadway adjacent to 3251 Margaritaville BLVD Kissimmee, FL 34747

B. What date and approximate time did the events giving rise to your claim(s) occur?

14 March 2021 approximately 1300 hrs

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants Deputies Jimenez and Salgado carried out an illegal arrest lacking probable cause. Later fabricating probable cause in report to justify actions. Jimenez failed to conduct proper search and placed Plaintiff into Patrol vehicle and left Plaintiff there for many hours in an unreasonable length of time, with knowledge of Plaintiff being a Disabled Veteran. Defendants Jimenez & Salgado, Pushed shoved and Assaulted Plaintiff during Arrest while threatening Excessive force in Escalating force lifting Plaintiff by his Arms, resulting in pain & nerve damage to Hands & Arms and undue emotional Distress of PTSD. (See Attached).

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiff recieved pain injuries to both bilateral Hands and nerve damage, As well as pain to the Plaintiff's Back. The Plaintiff was Experiencing sleepless nights from undue Emotional Stress from the Traumatic Event, which he sought trauma therapy for several months thru the Tampa VA medical Facility. Plaintiff recieved pain and inflamation medications from the Tampa VA Emergency Room on the 15 March 2021 the day following the incident. (See Attached).

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff is requesting punitive damages to be paid for the undue emotional Distress, sleepless nights and physical and Emotional Injuries as noted within Medical Records. Plaintiff is requesting damages be paid in the amount of $ 2,000,000. (See Attached)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 Mar 23

Signature of Plaintiff: *Terrence A. Williams*
Printed Name of Plaintiff: Terrence A. Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            *City*          *State*      *Zip Code*
Telephone Number: _____
E-mail Address: _____